1

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

DISTRICT OF NEVADA

8

\* \* \* \* \*

9

DALTON WILSON and DONALD ALT,           )
                                        )
10                                      )
          Appellants/Defendants,        )
                                        )
11                                      )           3:05-cr-0070-LRH-VPC
     v.                                 )
                                        )
12                                      )
UNITED STATES OF AMERICA,               )
                                        )
13                                      )           O R D E R
          Appellee/Plaintiff.           )
                                        )
14   _____  )

15          Currently before the court is Appellants' Notice of Appeal (#16[1]).

16          IT IS THEREFORE ORDERED that Appellants shall have fourteen (14) days from the date

17   of this order in which to file an opening brief.  Appellee shall then have ten (10) days in which to

18   file an opposition.  Appellants' reply shall be filed within seven (7) days following the filing of the

19   opposition.  The court directs counsel to Local Criminal Rule 47-7 for further instructions

20   regarding the briefing requirements in this case.

21   //

22   //

23   //

24   //

25

26
          [1] Refers to the court's docket number.

1 IT IS SO ORDERED.

2 DATED this 7th day of April, 2006.

3

4

5 _____
LARRY R. HICKS
6 UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26