UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| DONALD ALT,<br><br>    Appellant/Defendant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Appellee/Plaintiff. | 3:05-cr-0070-LRH-VPC<br><br>O R D E R |

Currently before the court is Appellant's Notice of Appeal (#16[1]).

IT IS THEREFORE ORDERED that Appellant shall have fourteen (14) days from the date of this order in which to file an opening brief. Appellee shall then have ten (10) days in which to file an opposition. Appellant's reply shall be filed within seven (7) days following the filing of the opposition. The court directs counsel to Local Criminal Rule 47-7 for further instructions regarding the briefing requirements in this case.

//

//

//

//

---

[1] Refers to the court's docket number.

1   IT IS SO ORDERED.

2   DATED this 7th day of April, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2