# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### RENO, NEVADA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:05-CR-00070-LRH-VPC |
|  | ) |  |
| Appellee, | ) | **MINUTES OF THE COURT** |
|  | ) |  |
| vs. | ) | June 19, 2006 |
|  | ) |  |
| DONALD ALT, | ) |  |
|  | ) |  |
| Appellant. | ) |  |
|  | ) |  |

PRESENT:    THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:    ROSEMARIE MILLER    REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Appellant Donald Alt's Motion to Exceed Page Limitation (Doc. #22).

GOOD CAUSE APPEARING, the court hereby GRANTS Appellant's request.  Appellant shall file and serve Appellant's Opening Brief within five (5) business days of entry of this order.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:    /s/
        Deputy Clerk